STEVEN W. MYHRE
Acting United States Attorney
NANCY J. KOPPE
Assistant United States Attorney
333 Las Vegas Blvd South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL INDICTMENT |
| ) | |
| PLAINTIFF, ) | 2:07-CR-_043_ |
| ) | |
| VS. ) | VIOLATION: |
| ) | |
| IAN MENDELSOHN, ) | 18 U.S.C. §2422(b) - Coercion and Enticement. |
| ) | |
| DEFENDANT. ) | |

**THE GRAND JURY CHARGES THAT:**

From on or about July 21, 2005, to on or about March 6, 2006, in the State and Federal District of Nevada,

**IAN MENDELSOHN,**

defendant herein, did use a facility of interstate commerce to knowingly persuade, induce, and entice, and to attempt to knowingly persuade, induce, and entice an individual who has not attained the age of 18 years to engage in any sexual activity for which any person can be charged with a criminal offense under federal, state and local law, in violation of Title 18, United States Code, Section 2422(b).

**DATED:** this _7th_ day of March 2007.

**A TRUE BILL:**

_____/S/_____
FOREPERSON OF THE GRAND JURY

STEVEN W. MYHRE
Acting United States Attorney

NANCY J. KOPPE
Assistant United States Attorney