✱ஃAO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of NEVADA

2007 MAR 27 P 1:57

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY_____DEPUTY

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| IAN MENDELSOHN | Case Number: 2?07-CR-043 |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest       **IAN MENDELSOHN**
                                                                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice

charging him or her with   (brief description of offense)

**COERCION AND ENTICEMENT**

in violation of Title __18__ United States Code, Section(s) __2422(b)__

**LANCE S. WILSON**
CLERK

_Lance S. Wilson_
(By) DEPUTY CLERK

March 7, 2007   Las Vegas, Nevada
DATE

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

RETURNED EXECUTED   SUBJECT SURRENDERED TO USMS

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3-22-07 | _[signature]_ /RS | HECTOR DOMINGUEZ |

AO 442    (Rev. 10/03) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____