GORDON & SILVER, LTD.
DOMINIC P. GENTILE
Nevada Bar No. 1923
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
(702) 796-5555
(702) 369-2666 (Facsimile)
Attorneys for IAN MENDELSOHN

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA

              Plaintiff,

vs.

IAN MENDELSOHN

              Defendant.

CASE NO. 2:07-CR-00043-KJD-PAL

**DEFENDANT IAN MENDELSOHN'S SUPPLEMENT TO THE EMERGENCY MOTION FOR MODIFICATION OF CONDITIONS OF RELEASE TO PERMIT INTERNATIONAL TRAVEL**

    **COMES NOW** the Defendant, Ian Mendelsohn, by and through his attorney, Dominic P. Gentile, Esq., of the law firm of Gordon & Silver, Ltd., and hereby supplements Defendant Ian Mendelsohn's Emergency Motion for Modification of Conditions of Release to Permit International Travel. (# 28)

    Dated this 29th day of February, 2008.

GORDON & SILVER, LTD.

_____
DOMINIC P. GENTILE
Nevada Bar No. 1923
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
(702) 796-5555
(702) 369-2666 (Facsimile)
Attorney for IAN MENDELSOHN

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89169
(702) 796-5555

101373-001/548214.doc

## AFFIDAVIT OF PAOLA M. ARMENI

STATE OF NEVADA     )
                          )
COUNTY OF CLARK    )

I, PAOLA M. ARMENI, having first been duly sworn, do depose and state that:

1.     I am a duly licensed attorney retained to represent the Defendant Ian Mendelsohn with Dominic P. Gentile in the above-captioned matter.

2.     In my affidavit attached to Ian's Emergency Motion to Modify Conditions of Release to Permit International Travel, it was stated that I had attempted to call Pre-trial Services Officer Sandra Bustos to obtain Pre-trial Services position, but had not been able to speak directly to Officer Bustos as of the filing of the motion. I stated that a supplement would be filed when Pre-trial Services position was known.

3.     Today, on February 29, 2008, I spoke to Officer Sandra Bustos regarding Pre-trial's position on Ian's Emergency Motion for Modification of Conditions of Release to Permit International Travel.

4.     Officer Bustos informed me that Ian has been in compliance with his pre-trial monitoring. She also stated that she takes no position as to Ian's Motion.

**FURTHER** affiant sayeth naught.

_____
PAOLA M. ARMENI, Affiant

**SUBSCRIBED and SWORN** to before me

this 29th day of February, 2008.

_____
NOTARY PUBLIC in and for said County
and State

Notary Public - State of Nevada
COUNTY OF CLARK
ADELE L. JOHANSEN
No. 92-2829-1 My Appointment Expires Aug. 31, 2008

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89169
(702) 796-5555

2 of 2

101373-001/548214.doc