# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

IAN MENDELSOHN,

    Defendant.

Case No. 2:07-CR-0043-KJD-PAL

**ORDER**

    Currently before the Court is Defendant Ian Mendelsohn's (Mendelsohn) Request for Review of Magistrate Decision (#36), filed March 21, 2008. On March 5, 2007, Defendant filed an Emergency Motion to Travel (#30), and Supplemental Motion to Travel (#31) to which the Government filed a Response (#34). On March 11, 2008, Magistrate Judge Peggy Leen held a hearing in regard the Motion, and thereafter issued a Minute Order (#35) denying Defendant's Motion and Supplement. As stated above, Defendant filed a Request for Review of the Magistrate's Decision (#36) on March 21, 2008.

    On March 7, 2007, a federal grand jury sitting in Las Vegas, Nevada charged Defendant Mendelsohn with one count of Coercion and Enticement in violation of 18 U.S.C. § 2422(b). According to the Government, there is strong evidence that Defendant was chatting online, on

numerous occasions, in a teen sex chat room soliciting sex from minors, and then later actually arrived at a meeting with a person he believed to be a minor for such purposes.

After a detention hearing on March 22, 2007, the Court released Defendant pursuant to pretrial release conditions intended to insure Defendant's appearance, the safety of the community, and in order to comply with requirements of the Adam Walsh Act.  Relevant here, are the conditions of release that Defendant be restricted to the home detention component of the home confinement program and submit to electronic monitoring or other location verification system, as well as comply with a curfew as directed by pretrial services.

Defendant's Motion seeks that the Court reverse the Magistrate Judge's Order denying Defendant's request to travel to Spain for purposes of his honeymoon.  Defendant will marry his fiancé Susan Gogel on March 31, 2008.  As a result of her employment, Gogel has received an all-expense-paid trip to Barcelona and Madrid, Spain, and seeks to use the trip as a honeymoon for herself and Defendant.  According to Defendant, the trip extends from April 13, 2008 through April 19, 2008, and will include stops in various locations throughout Madrid and Barcelona.

Having reviewed the Motion, Supplement, Response, and the Magistrate's ruling, the Court upholds Magistrate Judge Leen's Order Denying Plaintiff's Motion.  Under the conditions of his release, the Court deemed it necessary that Defendant meet the conditions of electronic monitoring, as well as abiding by specified restrictions on personal associations, place of abode, or travel; avoiding all contact with victims or witnesses of the alleged crime; reporting on a regular basis; complying with a specified curfew; and refraining from possessing a firearm of dangerous weapon. 18 U.S.C. §3142(c)(1)(B).

Here, Defendant suggests that while in Spain, he could use a GPS cell phone with a satellite link, and that he could contact United States Pre-trial services daily.  The Court, though sympathetic to Defendant's request cannot grant his Motion because to do so would violate 18 U.S.C. § 3142(c)(1)(B).  While in Spain, the Defendant cannot be monitored by electronic monitoring or by GPS as required by the statute.  Additionally, Pre-Trial Services could not determine whether

Defendant is in compliance with his curfew while in Spain—also required under statute. Moreover, even if Defendant's request did not violate statute, the Court would not modify the conditions of Defendant's release as requested, as doing so runs contrary to very purposes for which the conditions of his release were ordered.

Therefore, **IT IS HEREBY ORDERED** that Defendant's Request for Review of Magistrate Decision (#36) is **DENIED**.

DATED this 31st day of March 2008.

_____
Kent J. Dawson
United States District Judge

3