Case 2:07-cr-00043-KJD-PAL   Document 46   Filed 10/17/08   Page 1 of 4

GREGORY A. BROWER
United States Attorney
NANCY KOPPE
Assistant United States Attorney
333 Las Vegas Boulevard South
5th Floor
Las Vegas, Nevada 89101
(702) 388-6336



FILED ___ RECEIVED ___
ENTERED ___ SERVED ON ___
COUNSEL/PARTIES OF RECORD

OCT 17 2008

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:07-cr-00043-KJD-PAL |
| Plaintiff, | |
| vs. | |
| IAN MENDELSOHN, | **PRETRIAL DIVERSION AGREEMENT** |
| Defendant. | |

You have been charged in a Criminal Indictment filed on March 7, 2007, in the United States District Court for the District of Nevada with Coercion and Enticement, in violation of Title 18, United States Code, Section 2422(b). From on or about July 21, 2005, to on or about March 6, 2006, in the State and Federal District of Nevada, you did use a facility of interstate commerce to knowingly persuade, induce, and entice, and to attempt to knowingly persuade, induce, and entice an individual who has not attained the age of 18 years to engage in any sexual activity for which any person can be charged with a criminal offense under federal, state, and local law. Upon accepting responsibility for your behavior and by your signature on this Agreement, it appearing after an investigation of the offense and your background, that the interests of the United States and your own interests and the interests of justice will be served by the following procedure, on the authority of the Attorney General of the United States, by Gregory A. Brower, United States Attorney for the District of Nevada, prosecution in this District for these offenses shall be deferred for a period of 18 months

. . .

from this date, provided you abide by the following conditions and the requirements of this Agreement as set forth hereafter.

Should you violate the conditions of this Agreement, the United States Attorney may revoke or modify any conditions of this Pretrial Diversion Program or change the period of supervision, which shall in no case exceed 18 months. The United States Attorney may release you from supervision at any time. The United States Attorney may at any time within the period of your supervision initiate prosecution for these offenses should you violate the conditions of this Agreement. In such an event, your statement accepting responsibility in this matter may be used against you. In this case, he will furnish you with notice specifying the conditions of the Agreement which you have violated.

After successfully completing your Pretrial Diversion Program and fulfilling all the terms and conditions of the Agreement, no prosecution for the offenses previously set forth will be instituted in this District, and the charges against you will be dismissed.

**GENERAL CONDITIONS OF PRETRIAL DIVERSION**

1. You shall not violate any law (federal, state and local). You shall immediately contact your Pretrial Diversion Program supervisor if arrested and/or questioned by any law enforcement officer.

2. You shall attend school or work regularly at a lawful occupation or otherwise comply with the terms of the special program described hereafter. If you lose your job or are unable to attend school, you shall notify your Pretrial Diversion Program supervisor at once. You shall consult him or her prior to job or school changes.

3. You shall continue to live in the District of Maryland. If you intend to move out of that district, you shall inform your supervisor so an appropriate transfer of program responsibility can be made.

4. You shall report to your supervisor as directed and keep him or her informed of your whereabouts.

5. You shall follow the program and such special conditions as described below.

## SPECIAL CONDITIONS

1. You shall not have access to computers or connecting devices (PDA's, Cell Phones, Playstations, etc.) at home or employment, which have Internet, Instant Messaging, IRC Servers, and the World Wide Web.

2. You will not be employed in, or be present in any setting, directly involving minor children.

3. You will not possess any pornographic or erotica images, to include movies, books, magazines, or any such material.

4. You will not have any contact with minor children unless with adult supervision.

5. You shall participate in the curfew component of the home confinement program and abide by all of the requirements of the program, which shall include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based on your ability to pay as determined by Pretrial Services.

6. You will comply with curfew as determined by Pretrial Services.

7. Your travel will be restricted to the District of Maryland and Nevada for court and to the District of Virginia for work purposes only.

8. You will refrain from possessing a firearm, destructive device, or other dangerous weapons.

9. You will avoid all contact with an alleged victim of the crime and with a potential witness who may testify concerning the offense.

10. You will participate in mental health counseling for sex offenders as directed by Pretrial Services.

11. You will not use or possess any illegal drugs.

12. You will not associate with those using or possessing illegal drugs.

13. You will submit to drug monitoring and counseling as deemed necessary by Pretrial Services.

14. You shall perform 400 hours of community service.

## ACKNOWLEDGMENT

I assert and certify that I am aware of the fact that the Sixth Amendment to the Constitution of the United States provides that in all criminal prosecutions the accused shall enjoy the right to a speedy and public trial. I also am aware that Rule 48(b) of the Federal Rules of Criminal Procedure provides that the Court may dismiss an indictment, information, or complaint for unnecessary delay in presenting a charge to the Grand Jury, filing an information or in bringing a defendant to trial. I hereby request the United States Attorney for the District of Nevada to defer such prosecution. I agree and consent that any delay from the date of this Agreement to the date of initiation of prosecution, as provided for in the terms expressed herein, shall be deemed to be a necessary delay at my request, and I waive any defense to such prosecution on the ground that such delay operated to deny my rights under Rule 48(b) of the Federal Rules of Criminal Procedure and the Sixth Amendment to the Constitution of the United States to a speedy trial or to bar the prosecution by reason of the running of the statute of limitations for a period of months equal to the period of this agreement.

I hereby state that the above has been read and explained to me I understand the conditions of my Pretrial Diversion Program and agree that I will comply with them.

_____     10-14-08
IAN MENDELSOHN, Divertee            Date

_____     10-14-08
DOMINIC GENTILE, Esq.               Date
Counsel for Divertee

_____     10/17/08
NANCY KOPPE                         Date
Assistant United States Attorney

_____     10/17/08
U.S. Pretrial Services Officer      Date

4