# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:07-cr-00043-KJD(PAL) |
| vs. | ) **ORDER FOR DISMISSAL** |
| IAN MENDELSOHN, | ) |
| Defendant. | ) |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses the Indictment returned on March 7, 2007, as to **IAN MENDELSOHN**.

**DATED** this ___13th___ day of March 2009.

GREGORY A. BROWER
United States Attorney

/s/ NANCY J. KOPPE
NANCY J. KOPPE
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

**DATED** this _____ day of March 2009.

_____
UNITED STATES DISTRICT JUDGE