GORDON SILVER
DOMINIC P. GENTILE
Nevada Bar No. 1923
Email: dgentile@gordonsilver.com
PAOLA M. ARMENI
Nevada Bar No. 8357
Email: parmeni@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Tel: (702) 796-5555
Fax: (702) 369-2666
Attorneys for IAN MENDELSOHN

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>            Plaintiff,<br><br>vs.<br><br>IAN MENDELSOHN<br><br>            Defendant. | CASE NO. 2:07-CR-00043-KJD (PAL) |

**STATUS REPORT**

COMES NOW, Defendant IAN MENDELSOHN ("Defendant") by and through counsel, DOMINIC P. GENTILE, ESQ. and PAOLA M. ARMENI, ESQ. of the law firm of GORDON SILVER, and submits this status report, pursuant to the Court's Order of June 10, 2011 (DKT #51). Defense counsel hereby advises the Court that Mr. Mendelsohn's property was returned to

…

…

…

…

…

…

…

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101373-001/1245881.doc

1 of 2

1  him from the Las Vegas Metropolitan Police Department Evidence Vault via UPS on or about
2  June 21, 2011 and the property was received by Mr. Mendelsohn on or about June 28, 2011.
3  Dated this 1st day of July, 2011.

GORDON SILVER

_____
DOMINIC P. GENTILE
Nevada Bar No. 1923
PAOLA M. ARMENI
Nevada Bar No. 8357
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
(702) 796-5555
Attorneys for IAN MENDELSOHN

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101373-001/1245881.doc

2 of 2